UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENILADE AKIN-OLUGBADE,

        Plaintiff,                      Civil Action No.
                                          11-CV-15341
vs.

                                        HON. MARK A. GOLDSMITH

COUNTY OF WAYNE, et al.,

        Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING CASE WITH PREJUDICE

      This matter is presently before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Michael Hluchaniuk, issued on July 6, 2012.  The Magistrate Judge recommends that the case be dismissed with prejudice for failure to prosecute.[1]  Not surprisingly, Plaintiff has not filed objections to the R&R, and the time to do so has expired.  The Court accepts and adopts the R&R as the findings and conclusions of the Court, and dismisses this case with prejudice for failure to prosecute.

      SO ORDERED.


                                     s/Mark A. Goldsmith_____
Dated: July 23, 2012                 MARK A. GOLDSMITH
      Flint, Michigan             UNITED STATES DISTRICT JUDGE

_____

[1] As the Magistrate Judge notes, Plaintiff was ordered to file responses to two dispositive motions filed by the defense.  He failed to do so.  The Magistrate Judge then issued an order requiring Plaintiff to show cause in writing why the case should not be dismissed for failure to prosecute.  Plaintiff did not respond.  In all, then, Plaintiff has ignored three separate court orders calling for him to take action.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 23, 2012.

<u>s/Deborah J. Goltz</u>
DEBORAH J. GOLTZ
Case Manager